Justin T. Grim, Esq.
State Bar No. 12588
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Justin.Grim@McCalla.com
*Attorney for JPMorgan Chase Bank, N.A.*
*and Chase Mortgage Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; CHASE MORTGAGE COMPANY; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NEVADA MORTGAGEE ASSISTANCE COMPANY, LLC; THE COOPER CASTLE LAW FIRM, LLP; RHODES RANCH ASSOCIATION; and REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES,<br><br>Defendants. | Case No.: 2:19-cv-01986-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS JPMORGAN CHASE BANK, N.A., AND CHASE MORTGAGE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

   IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA (hereafter "Plaintiff") through its attorney E. Carmen Ramirez, and Defendants JPMORGAN CHASE BANK, N.A. and CHASE MORTGAGE COMPANY, (collectively "Chase") through

-1-

attorney Justin T. Grim, Esq., that Defendants Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendants' time to respond. Defendants may answer or otherwise respond to Plaintiff's Complaint on or before January 31, 2020.

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendants to continue investigating the matter and for the parties to continue their discussions regarding the dispute.

Signed this 13th day of January, 2020           Signed this 13th day of January, 2020

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Justin T. Grim*                              By: */s/E. Carmen Ramirez*
Justin T. Grim, Esq.                                  E. Carmen Ramirez
Nevada Bar No. 12588                                  U.S. Department of Justice, Tax Division
McCalla Raymer Leibert Pierce, LLP                    Tax Division
1635 Village Center Circle, Ste. 130                  P.O. Box 683
Las Vegas, Nevada 89134                               Ben Franklin Station
(702) 425-7267                                        Washington, DC 20001
*Attorney for JP Morgan Chase Bank, N.A.;*            202-616-2885
*and Chase Mortgage*                                  *Attorney for United States of America*

## ORDER

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before January 31, 2020.

Dated this 15th day of January, 2020.

                                            Daniel J. Albregts
                                            United States Magistrate Judge

Submitted by:

*/s/ Justin T. Grim*
Justin T. Grim, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134