CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
8363 W. Sunset Road, Suite 120
Las Vegas, Nevada 89113
Telephone: (702) 667-3000
Fax: (702) 938-8721
Email: christina.wang@fnf.com
*Attorneys for Defendant*
*Fidelity National Title Agency of Nevada, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. MARTINEZ, individually, and as trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; CHASE MORTGAGE COMPANY; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NEVADA MORTGAGEE ASSITANCE COMPANY, LLC; THE COOPER CASTLE LAW FIRM, LLP; RHODES RANCH ASSOCIATION; REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES,<br><br>Defendants. | Case No.: 2:19-cv-01986-GMN-DJA<br><br>**DISCLAIMER OF INTEREST OF FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. AND STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), by and through its attorney of record, E. Carmen Ramirez, Esq. of the U.S. Department of Justice; and Defendant FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC. ("FNTA"), incorrectly identified in the

Fidelity National
Law Group
8363 W. Sunset Road, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000

Page 1 of 3

Complaint as Fidelity National Title, by and through its attorneys of record, the Fidelity National Law Group, hereby stipulate and agree as follows:

WHEREAS,

1. Plaintiff named FNTA as a defendant in this action on the basis that FNTA may claim an interest in the real property commonly known as 262 Cliff Valley Drive, Las Vegas, Nevada 89148, Clark County, Nevada, Assessor's Parcel No.: 176-08-310-113 (the "Property").

2. FNTA reasonably believes that it has been named as a defendant solely because it is identified as Trustee in a Deed of Trust that was recorded against the Property on July 31, 2000, as Book/Instrument No. 20000731-01663 of the Official Records of Clark County, Nevada.

3. FNTA reasonably believes that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as Trustee.

4. FNTA hereby disclaims any interest in the Property.

WHEREFORE,

**IT IS HEREBY STIPULATED AND AGREED** that FNTA has no claim to or interest in the Property.

**IT IS FURTHER STIPULATED AND AGREED** that FNTA should be dismissed from this action, without prejudice, because it has no claim to or interest in the Property.

/ / /

/ / /

/ / /

Fidelity National Law Group
8363 W. Sunset Road, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs as to this disclaimer.

DATED this 8th day of January, 2020

FIDELITY NATIONAL LAW GROUP

/s/ E. Carmen Ramirez

/s/ Christina H. Wang

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
8363 W. Sunset Road, Suite 120
Las Vegas, Nevada 89113
*Attorneys for Defendant*
*Fidelity National Title Agency of Nevada, Inc.*

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

**IT IS SO ORDERED.**

Dated this __29__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Fidelity National
Law Group
8363 W. Sunset Road, Suite 120
Las Vegas, Nevada 89113
(702) 667-3000