RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2885 (v)
202-307-0054 (f)
E.Carmen.Ramirez@usdoj.gov
western.taxcivil@usdoj.gov

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:19-cv-1986-GMN-DJA |
| v. | **UNITED STATES' MOTION TO EXTEND TIME TO SERVE REMAINING DEFENDANTS** |
| JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; CHASE MORTGAGE COMPANY; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NEVADA MORTGAGEE ASSISTANCE COMPANY, LLC; THE COOPER CASTLE LAW FIRM, LLP; RHODES RANCH ASSOCIATION; and REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES, | **(First request)** |
| Defendants. | |

1

The United States of America hereby moves to extend the deadline to serve two defendants, if service proves necessary. The United States filed its complaint in this matter, and the Clerk of Court issued summonses, on November 14, 2019. The deadline to serve all defendants would thus be 90 days later, February 12, 2020. *See* Fed. R. Civ. P. 4(m). The United States has not yet served the two defendants at issue because they do not appear to exist anymore, and because initial research and discussions with other parties suggest that other entities may be the two un-served defendants' successors or real parties in interest. In an abundance of caution, the United States seeks to extend the deadline for service for 30 days, until March 13, 2020, while it determines the appropriate course of action for these two parties. This is the first such request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

*Background*

This is a federal tax case. The United States seeks judgment against taxpayers Jeffrey and Dolores Martinez, and against two businesses they controlled, for various federal taxes. The United States also seeks to foreclose its tax liens against certain real property to help satisfy the judgment. The United States also named as defendants other parties that might assert a lien or other claim against the property. *See* 26 U.S.C. § 7403(b), Action to enforce lien or to subject property to payment of tax. That way, those parties' claims (if any) could be adjudicated if and when the Court determined that the property should be foreclosed. It is common in such cases for the United States to reach stipulations with other claimants as to lien priority, to the extent they do not disclaim any interest.

The United States has served Mr. and Ms. Martinez, individually and on behalf of the two businesses, and all of the potential claimants except for two: the Nevada Mortgagee Assistance Company and the Cooper Castle Law firm. The two parties were identified on a title report as once having an interest in the property at issue, so the United States named them in an abundance

of caution. However, further research suggests that these two entities may no longer exist and/or may no longer be authorized to operate in Nevada, and the United States has not yet identified a person or entity who would be authorized to accept service on their behalf (other than the Nevada Secretary of State). Initial discussions with counsel for defendants JP Morgan Chase Bank National Association and Chase Bank National Association (together, the "Chase defendants") suggest that the two entities to be served may have been agents or trustees for the Chase defendants, and/or that the Chase defendants are the successors or real parties in interest. The United States and the Chase defendants are discussing whether the Chase defendants should be substituted for the entities to be served, or whether the United States should take some other course of action.

### *Argument*

In an abundance of caution, and in the interests of resolving these issues, the United States therefore seeks to extend the time for service. Good cause exists for this request. Confirming the two parties' relationship with the Chase defendants may reduce the need for additional litigation and motions practice, and reduce the need to expend resources serving non-existent entities that have no claim to the property. The United States has acted diligently in serving all other parties and filing this motion in advance of the February 12, 2020, service deadline. The United States has conferred with counsel for the Chase defendants and for Rhodes Ranch association (the only party to have filed an answer to date), and neither of them oppose this request. The taxpayers on whose conduct the suit centers have not appeared in the suit as of yet. No party will suffer material prejudice if the request is granted.

//

//

//

WHEREFORE, the United States therefore respectfully requests that the deadline to serve the remaining parties be extended to Friday, March 13, 2020.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ E. Carmen Ramirez*
        E. CARMEN RAMIREZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-616-2885 (v)
        202-307-0054 (f)
        E.Carmen.Ramirez@usdoj.gov
        western.taxcivil@usdoj.gov

        Of Counsel:

        NICHOLAS A. TRUTANICH
        United States Attorney

        IT IS SO ORDERED:

        _____
        Daniel J. Albregts
        United States Magistrate Judge

        Dated: January 31, 2020.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this January 29, 2020, via the Court's ECF system to all current parties who have appeared electronically. In an abundance of caution, the United States is sending this motion to the following additional parties via U.S. Mail:

Jeffrey Martinez
262 Cliff Valley Dr.
Las Vegas, NV 89148

Dolores Martinez
262 Cliff Valley Dr.
Las Vegas, NV 89148

Justin Grim
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134

*Counsel for Defendants JP Morgan Chase Bank N.A.
and Chase Mortgage Company*

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
