Justin T. Grim, Esq.
State Bar No. 12588
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Justin.Grim@McCalla.com
*Attorney for JPMorgan Chase Bank, N.A.
and Chase Mortgage Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; CHASE MORTGAGE COMPANY; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NEVADA MORTGAGEE ASSISTANCE COMPANY, LLC; THE COOPER CASTLE LAW FIRM, LLP; RHODES RANCH ASSOCIATION; and REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES,<br><br>Defendants. | Case No.: 2:19-cv-01986-GMN-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS JPMORGAN CHASE BANK, N.A., AND CHASE MORTGAGE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

/ / /

/ / /

-1-

| | |
|---|---|
| 1 | IT IS HEREBY AGREED by and between Plaintiff UNITED STATES OF AMERICA |
| 2 | (hereafter "Plaintiff") through its attorney E. Carmen Ramirez, and Defendants JPMORGAN |
| 3 | CHASE BANK, N.A. and CHASE MORTGAGE COMPANY, (collectively "Chase") through |
| 4 | their attorney Justin T. Grim, Esq., that Defendants Chase may have additional time within |
| 5 | which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have |
| 6 | agreed to extend Defendants' time to respond. Defendants may answer or otherwise respond to |
| 7 | Plaintiff's Complaint on or before February 21, 2020. |

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendants to continue investigating the matter and for the parties to continue their discussions regarding the dispute.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, Plaintiff and Chase hereby jointly move for an order extending Chase's deadline to answer or otherwise respond to Plaintiff's Complaint on or before February 21, 2020.

Signed this 29th day of January, 2020     Signed this 29th day of January, 2020

McCALLA RAYMER LEIBERT PIERCE, LLP

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: */s/ Justin T. Grim*
Justin T. Grim, Esq.
Nevada Bar No. 12588
1635 Village Center Circle, Ste. 130
Las Vegas, Nevada 89134
(702) 425-7267
Justin.Grim@mccalla.com
*Attorney for JP Morgan Chase Bank, N.A. and Chase Mortgage*

By: */s/E. Carmen Ramirez*
E. Carmen Ramirez
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20001
202-616-2885 (v)
202-307-0054 (f)
E.Carmen.Ramirez@usdoj.gov
Western.taxcivil@usdoj.gov

Of Counsel:

NICHOLAS A. TRUTANICH
United States Attorney

**IT IS SO ORDERED:**

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: January 31, 2020.