1 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
2 |
E. CARMEN RAMIREZ
3 | Trial Attorney, Tax Division
U.S. Department of Justice
4 | P.O. Box 683
Washington, D.C. 20044
5 | 202-616-2885 (v)
202-307-0054 (f)
6 | E.Carmen.Ramirez@usdoj.gov
western.taxcivil@usdoj.gov
7 |
Of Counsel:
8 | NICHOLAS A. TRUTANICH
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:19-cv-1986-GMN-DJA |
| v. | ) | **UNITED STATES' MOTION TO CONTINUE FED. R. CIV. P. 26(f) CONFERENCE AND RELATED EVENTS** |
| JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; CHASE MORTGAGE COMPANY; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; NEVADA MORTGAGEE ASSISTANCE COMPANY, LLC; THE COOPER CASTLE LAW FIRM, LLP; RHODES RANCH ASSOCIATION; and REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES, | ) | **(Second request)** |
| Defendants. | ) | |

1

The United States of America hereby moves to continue the Fed. R. Civ. P. 26(f) conference deadline. The case centers on the conduct of taxpayers Jeffrey and Dolores Martinez, in their personal capacities and in relation to two business entities they control. The Martinezes have been served. They have not yet appeared but they have initiated settlement negotiations. The United States thus requests that the Rule 26(f) conference deadline be extended from March 9, 2020, the current deadline, to the date 30 days after either of the Martinezes appear, or to May 8, 2020 (*i.e.*, 60 days from March 9, 2020), whichever comes first.

## MEMORANDUM OF POINTS AND AUTHORITIES

### *Background*

This is a federal tax case. The United States seeks a judgment against taxpayers Jeffrey and Dolores Martinez, and against two businesses they controlled, for various federal tax liabilities. The United States also seeks to foreclose its tax liens against certain real property to help satisfy the judgment.

The United States also named as defendants other parties that might assert a lien or other claim against the property, pursuant to 26 U.S.C. § 7403(b) ("Action to enforce lien or to subject property to payment of tax"). That way, those parties' claims to the property (if any) could be adjudicated if and when the Court determines that the property should be foreclosed. It is common in such cases for the United States to reach stipulations with other claimants as to lien priority, to the extent they do not disclaim any interest.

The United States submits that it is premature to conduct the Rule 26(f) conference now. Neither of the Martinezes has appeared. The United States served them, individually and as representatives of their businesses, on December 27, 2019. Their time to respond to the complaint thus expired on January 17, 2019, under Fed. R. Civ. P. 12(a)(1)(A)(i). However, the Martinezes have reached out to the undersigned counsel, and the parties are contemplating a possible settlement that could resolve the matter. The United States reserves the right to seek an

entry of default against the Martinezes and their businesses, but at present is open to settlement and interested in furthering the settlement negotiations.

To date only one of the potential lienholders, the Rhodes Ranch Association, has answered the complaint. (ECF No. 4).[1] Another, Fidelity National Title, has disclaimed any interest. (*See* ECF No. 7). Defendants JP Morgan Chase Bank National Association and Chase Bank National Association (together, the "Chase defendants"), and the United States have reached a stipulation concerning lien priority as between them. (*See* ECF No. 20 (Order approving stipulation)). Defendant Republic Silver State Inc. has been served but has not yet appeared, and has not contacted the United States. Finally, the United States is filing a notice of dismissal concerning defendants Nevada Mortgagee Assistance Company and the Cooper Castle Law firm.

//

//

//

//

//

//

//

//

//

//

//

---

[1] The United States has conferred with counsel for Rhodes Ranch Association, and obtained consent for this motion.

*Request for Relief*

Under the circumstances, the United States respectfully submits that it is premature to conduct a Rule 26(f) conference. The United States thus requests that the Rule 26(f) conference deadline be extended from March 9, 2020, the current deadline, to the date 30 days after either of the Martinezes appear, or to May 8, 2020 (*i.e.*, 60 days from March 9, 2020), whichever comes first.

Dated this 6th day of March, 2020.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ E. Carmen Ramirez*
        E. CARMEN RAMIREZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-616-2885 (v)
        202-307-0054 (f)
        E.Carmen.Ramirez@usdoj.gov
        western.taxcivil@usdoj.gov

        Of Counsel:

        NICHOLAS A. TRUTANICH
        United States Attorney

        IT IS SO ORDERED:

        _____
        DANIEL J. ALBREGTS
        UNITED STATES MAGISTRATE JUDGE

        Dated March 11, 2020