# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America, | Case No. 2:19-cv-01986-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Jeffrey A. Martinez, et al., | |
| Defendants. | |

Before the Court is Defendants Chase Mortgage Company and JP Morgan Chase National Bank Association (collectively, "Chase") and non-party NewRez LLC f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing's ("NewRez") joint motion to substitute NewRez as real party in interest under Federal Rule of Civil Procedure 25(c).  (ECF No. 83).  Chase explains that on April 14, 2022, it transferred its rights, title, and interest in the real property at issue in the litigation to NewRez.  (*Id.* at 2).  NewRez also provides that it conferred with the Plaintiff, the United States, who does not oppose the substitution.  (*Id.* at 4).  No other party responded to the joint motion and NewRez filed a notice of non-opposition.  (ECF No. 84).

Under Federal Rule of Civil Procedure 25(c), "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."  Under Local Rule 7-2(d), the failure of an opposing party to respond to a motion constitutes a consent to the granting of the motion.  Here, because Chase has transferred its interest to NewRez and because no party opposes, the Court grants the joint motion.

///

///

///

**IT IS THEREFORE ORDERED** that the joint motion to substitute (ECF No. 83) is **granted.** The Clerk of Court is kindly directed to amend the docket to substitute NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing for Defendants Chase Mortgage Company and JP Morgan Chase National Bank Association.

DATED: March 2, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE