DAVID A. HUBBERT
Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-2885 (v)
202-307-0054 (f)
E.Carmen.Ramirez@usdoj.gov
western.taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; NEWREZ LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING (*substituted for* CHASE MORTGAGE COMPANY and JP MORGAN CHASE BANK NATIONAL ASSOCIATION); RHODES RANCH ASSOCIATION; REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES, and DISCOVER BANK,<br><br>　　　　Defendants. | Case No.: 2:19-cv-1986-GMN-DJA<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SIERRA MORTGAGE CO., REPUBLIC SILVER STATE INC., dba REPUBLIC SERVICES, and DISCOVER BANK** |

The Court had previously determined that the Subject Property, i.e., the real property located at 262 Cliff Valley Dr., Las Vegas, Nevada 89148, and more fully described in the Amended Complaint (ECF No. 67 at 5), was discharged from any interest any party in this suit may have had in it, except that the parties were permitted to make claims to the balance of the sales proceeds. (ECF No. 87 at 3.) Defendants Sierra Mortgage Corporation; Republic Silver State Inc., dba, Republic Services; and Discover Bank have defaulted, and have not made claims to the proceeds. The United States now moves for a default judgment against these defendants, to extinguish any interest they may have had to the proceeds.

There being no just reason for delay, and for good cause shown, the motion is GRANTED. Judgment shall be ENTERED in favor of the United States and against defendants Sierra Mortgage Corporation; Republic Silver State Inc., dba, Republic Services; and Discover, extinguishing these defendants' claims to the sales proceeds.

DATED: ___November 6,___, 2023

IT IS SO ORDERED:

_____
UNITED STATES' DISTRICT JUDGE