DAVID A. HUBBERT
Deputy Assistant Attorney General

E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2885 (v)
202-307-0054 (f)
E.Carmen.Ramirez@usdoj.gov
western.taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY A. MARTINEZ, individually, and as Trustee of the Martinez Family Trust; DOLORES M. MARTINEZ, individually and as Trustee for the Martinez Family Trust; THE MARTINEZ FAMILY TRUST; MARTINEZ & ASSOCIATES, INC. (NV20041370692); MARTINEZ & ASSOCIATES INC. (NV20181033912); SIERRA MORTGAGE CORPORATION; FIDELITY NATIONAL TITLE; NEWREZ LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING (*substituted for* CHASE MORTGAGE COMPANY and JP MORGAN CHASE BANK NATIONAL ASSOCIATION); RHODES RANCH ASSOCIATION; REPUBLIC SILVER STATE INC., DBA, REPUBLIC SERVICES, and DISCOVER BANK,<br><br>    Defendants. | Case No.: 2:19-cv-1986-GMN-DJA<br><br>**ORDER STIPULATION AS TO DISTRIBUTION OF REMAINING FUNDS FROM SALE OF REAL PROPERTY** |

Plaintiff the United States and defendants Newrez LLC f/k/a New Penn Financial, Llc D/B/A Shellpoint Mortgage Servicing ("NEWREZ,") and Rhodes Ranch Association ("Rhodes Ranch" or the "HOA", together with the United States and NEWREZ, the "Stipulating Parties") have reached the following stipulation regarding disbursement of the remaining proceeds from the sale of the real property at issue in this suit.

## **BACKGROUND**

1.   This Stipulation concerns the real property located at 262 Cliff Valley Dr., Las Vegas, Nevada 89148 (the "Subject Property"). The Subject Property is legally described as:

> Parcel 1:
>
> Lot 169 in Block 5 of Amended Final Map of Rhodes Ranch Phase 1, as shown by map thereof on file in Book 82 of Plats, Page 48 in the Office of the County Recorder of Clark County, Nevada.
>
> Parcel 2:
>
> A non-exclusive easement of use access and enjoyment in and to the "Common Area" as further defined in that Certain Covenants, Conditions and Restrictions for Rhodes Ranch, a Planned Community, recorded August 13, 1997, in Book 970813 as Document No. 01479, of Official Records, Clark County, Nevada.
>
> Assessor's Parcel No.: 176-08-310-113.

2.   The Subject Property is located in and subject to the Rhodes Ranch Association, Inc. ("Association") and the Declaration of Covenants, Conditions and Restrictions ("Declaration") which is recorded against the Subject Property and all other lots in the Association. The Declaration requires property owners to pay common expense assessments and NRS 116.3116 creates a statutory lien on the Subject Property as security for payment of those assessments ("Statutory Lien").

3.   The United States filed suit on November 14, 2019. (ECF No. 1.)  The United States asserted an interest in the Subject Property pursuant to various federal tax liens it holds against Defendants Jeffrey A. and Dolores M. Martinez, and two corporations

2

associated with them: defendant Martinez & Associates, Inc. (Nevada Business ID NV20041370692) ("Martinez & Associates I") and Martinez & Associates, Inc. (Nevada Business ID NV20181033912) ("Martinez & Associates II"). The tax liabilities at issue are described in more detail in the United States' Complaint and Amended Complaint in this matter. (*See* ECF No. 1 and ECF No. 67). As discussed in the Amended Complaint, the IRS has filed Notices of Federal Tax Liens concerning these liabilities with the Clark County recorder on various dates. (ECF 67 at 5-7).

4.    As alleged in the Complaint and Amended Complaint, the United States sought money judgments against Mr. and Ms. Martinez and their businesses. The government also sought an order permitting it to foreclose its tax liens against the Subject Property, and to sell the Subject Property to help satisfy the judgment.

5.    Pursuant to 26 U.S.C. § 7403(b), the government has therefore named as defendants NEWREZ, Rhodes Ranch, and others who the United States believed might claim an interest in the property, so that the Court could adjudicate their claims to the property (if any), and determine if and in what order they should receive payments from the sales proceeds, if the United States prevailed against Mr. and Ms. Martinez and their business, and obtained an order permitting sale.

6.    On May 21, 2021, the Court entered a money judgment against Mr. and Ms. Martinez for the tax liabilities at issue. (ECF No. 55). (The judgment was amended to correct a typographical error in an earlier judgment.)

7.    On December 30, 2022, United States District Court Judge Gloria Navarro entered an Order Allowing Foreclosure of Liens and For Sale of Property by Receiver on the United States Behalf ("Foreclosure Order") (*See* Dkt. 78).

8.    The Foreclosure Order appointed Timothy Kimball, License #S.57126, of the Kimball Team, Urban Nest, 8475 W. Sunset Las Vegas, NV 89113 ("Receiver"), pursuant to 26 U.S.C. § 7402(a) and § 7403(d), to act as the receiver to enforce the tax liens at issue.

9.    The Foreclosure Order further ordered that "[n]et proceeds shall be deposited with the Court unless directed otherwise by the Court. The distribution shall be first to the Receiver

3

and/or the United States and Internal Revenues Service for the costs and expenses of sale. The distribution of the remaining proceeds should be determined by stipulation between the parties."

10. Subsequent to the Foreclosure Order, on March 2, 2023, the Court filed an Order granting NEWREZ's request to substitute as a real party in interest under Federal Rule of Civil Procedure 25(c), in the place and stead of Chase Mortgage Company and JP Morgan Chase Bank, N.A (*See* Dkt. 85).

11. NEWREZ asserts an interest in the Subject Property based on a deed of trust and underlying note that Mr. and Ms. Martinez signed on or around July 27, 2000 (the "Deed of Trust"). In connection with NEWREZ's claim, NEWREZ represents the following:

    a. The initial lender and beneficiary under the Deed of Trust was defendant Sierra Mortgage Corporation. The initial trustee was Defendant Fidelity National Title, which has disclaimed any interest in the Subject Property and has been dismissed from the suit. (*See* ECF No. 15).

    b. The Deed of Trust was subsequently assigned to other entities, and, ultimately, to NEWREZ. NEWREZ received the Deed of Trust via a Corporate Assignment of Deed of Trust assignment from Chase Mortgage Company And JP Morgan Chase Bank, N.A. The assignment was recorded on April 14, 2022.

12. NEWREZ further represents that the loan underlying the Deed of Trust remains outstanding..

13. The United States previously entered into a stipulation with Newrez's predecessor in interest, defendants JP Morgan Chase Bank N.A. and Chase Mortgage Company (together, "Chase"), which the Court approved on February 25, 2020 (ECF No. 20). The instant stipulation is intended to confirm that the United States and Newrez are bound by the terms of the stipulation between the United States and the Chase defendants, and is not intended to change the agreement as to priority and related matters as between the United States and the Chase defendants.

**CURRENT STATUS**

14. The litigation is in its final stages. The Subject Property has been sold, and the proceeds deposited in the court registry pending final distribution. (*See* ECF No. 90 (reflecting

4

receipt of $591,380.45).)The Court has approved a motion for final expenses for the sale (ECF No. 92), leaving $589,929.04 to be distributed.

15. The claims of all parties have been resolved, except for those of United States, Newrez (in its capacity as successor to the Chase defendants), and Rhodes Ranch. More specifically:

- Defendant **Fidelity National Title** disclaimed any interest in the Subject Property and signed a stipulation of dismissal on January 8, 2020. (ECF Nos. 6 and 7.)
- The United States determined it had erred in naming defendants **The Cooper Castle Law Firm LLP** and Nevada Mortgage Assistance Company LLC and voluntarily dismissed them on March 6, 2020. (ECF No. 21.)
- The Court entered default judgment against defendants **Sierra Mortgage Corporation; Republic Silver State Inc., dba Republic**, **and Discover Bank** on November 8, 2023, the. (*See* ECF No. 100.) The judgment decrees that any interest these parties had or may have had in the Subject Property is extinguished, and that these parties take nothing from the sales proceeds. (*See* ECF No. 100 at 2).

16. On October 19, 2023, the United States filed a motion intended to resolve a dispute between it and Newrez concerning Newrez's claim. (ECF No. 95.) This stipulation is intended to resolve that request, among other issues.

17. Rhodes Ranch has since confirmed that the super-priority portion of its lien has been satisfied and that it disclaims any interest in the sales proceeds.

## **STIPULATION**

18. In the interests of resolving disputes as to lien priority without unnecessary motions practice, the Stipulating Parties have agreed that the net sales proceeds shall be distributed in the amounts described below:

19. Rhodes Ranch disclaims any interest in the net sales proceeds.

20. The amount of **$349,731.32 shall be DISTRIBUTED to Newrez** satisfy its claim based on the deed of trust. This amount includes the balance of the underlying mortgage with interest calculated through October 19, 2023, i.e., the date of the United States' motion concerning

5

Newrez's claim.

21. The **remaining funds shall be DISTRIBUTED to the United States**, in partial satisfaction of its tax liens. That is, the United States is to receive $240,197.72, assuming a balance of $589,929.04 in the registry and the distribution to Newrez described above. Because its tax liens exceed the balance of funds in the registry, there are insufficient funds to satisfy all of the tax liens.

22. The **Clerk of Court SHALL PAY the distributions to NEWREZ and THE UNITED STATES** as follows:

Newrez:

By check, payable to **NewRez LLC d/b/a Shellpoint Mortgage Servicing** and sent to the following address, via Fedex, if possible, or U.S. mail:

> Attn: Teresa Beck
> Klinedinst PC
> 501 West Broadway, Suite 100,
> San Diego, Ca  92101

The United States:

By check referencing "**Case No. 2:19-cv-1986, CMN 2018101474**" and made payable to the U.S. Department of Justice, delivered by regular United States mail as follows:

> Department of Justice ATTN: TAXFLU
> P.O. Box 310 - Ben Franklin Station
> Washington, D.C. 20044

23. The Stipulating Parties further agree that they will bear their own litigation costs, including any attorneys' fees, as between them in this matter.

//

24. This Stipulation does not affect any rights the United States may have under 26 U.S.C. § 7425 (concerning discharge of liens in connection with judicial proceedings in which the United States is not a party, or certain other sales).

Signed this 17th of January, 2024

KLINEDINST PC

/s/ Teresa M. Beck (with permission)
Teresa M. Beck
Nevada Bar No. 15011
501 West Broadway, Suite 600
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
tbeck@klinedinstlaw.com

*Counsel for NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING*

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ E. Carmen Ramirez
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
E.Carmen.Ramirez@usdoj.gov
western.taxcivil@usdoj.gov

*Counsel for the United States*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ Gregory P. Kerr (with permission)
DOUGLAS M. COHEN, ESQ. (NSB #1214)
GREGORY P. KERR, ESQ. (NSB #10383)
3556 E. Russell Road, Second Floor Las Vegas, Nevada 89120 (702) 341-5200/Fax: (702) 341-5300

*Attorneys for Rhodes Ranch Association*

## ORDER

**IT IS SO ORDERED**. **IT IS FURTHER ORDERED** that the Government's Motion Regarding Priority of Tax Liens is **DENIED as moot**. The Clerk of Court is instructed to close the case.

Dated this  17   day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made January 17, 2024, via the Court's ECF system to all current parties who have appeared electronically. The United States is also sending this motion to the persons listed below, via U.S. Mail. Such mailings may take two business days to complete.

Jeffrey Martinez
776 White Dogwood Ct.
Las Vegas, NV, 89148

Dolores Martinez
776 White Dogwood Ct.
Las Vegas, NV, 89148

Republic Silver State Inc., dba Republic Services
c/o CT Corporation System
701 S. Carson St.
Suite 200
Carson City, NV 89701

Discover Bank
c/o CT Corporation System
701 S. Carson St.
Suite 200
Carson City, NV 89701

Sierra Mortgage Corp.
c/o Richard Thomas
5865 Burning Tree Drive
El Paso, TX 79912

/s/ E. Carmen Ramirez
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice

22575450.2