UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JEFFREY A. MARTINEZ, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:19-cv-01986-GMN-DJA <br><br> **ORDER** |

On August 9, 2023, the parties deposited $591,380.45 with the Court following the sale of real property underlying this lawsuit. (Certificate Cash Deposit, ECF No. 90). This money has been accruing interest in the Court's treasury registry since it was deposited. The parties recently filed a Stipulation as to Distribution of Remaining Funds from Sale of Real Property, (ECF No. 107), which the Court granted. (Order, ECF No. 108). The parties Stipulation did not address to whom the accrued interest should be distributed.[1]

Accordingly, **IT IS HEREBY ORDERED** that the parties shall have until Monday, February 19, 2024, to file a stipulation or motion regarding who is entitled to the accrued interest.

**DATED** this __29__ day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[1] As of the date of this Order, the accrued interest amounts to approximately $13,000.00.